# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00378-CV

**Cedars Entertainment, L.P., Appellant**

**v.**

**Wynona J. Winters as Trustee of Barnett 2005 Family Trust, Appellee**

### FROM THE DISTRICT COURT OF MILLS COUNTY, 35TH JUDICIAL DISTRICT
### NO. 07-05-5961, HONORABLE STEPHEN ELLIS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

Cedars Entertainment, L.P. has filed its Unopposed Motion to Dismiss Appeal. We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Law, Justices Waldrop and Henson

Dismissed on Appellant's Motion

Filed:   June 19, 2008